Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBIN D. HARTLEY and TRACY HARTLEY, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A.; CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-8; RESIDENTIAL CREDIT SOLUTIONS, INC.; DITECH FINANCIAL LLC; FIRST MAGNUS FINANCIAL CORPORATION; NORTHWEST TRUSTEE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CORPORATE JOHN DOES 1-10, <br><br> Defendants. | NO. 2:16-cv-01640-RSL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

Plaintiffs Robin D. Hartley and Tracy Hartley, ("Plaintiffs") and Defendant Bank of America, N.A. ("BANA"), by and through their undersigned counsel, hereby stipulate and agree that Plaintiffs' claims against BANA should be dismissed with prejudice and without costs or fees to any party.

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1
Case No. 2:16-cv-01640-RSL



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

| Dated: July, 27, 2017 | Dated: July, 27, 2017 |
|---|---|
| SMITH & JOHNS PLLC | WITHERSPOON · KELLEY |
| *s/ Douglas A. Johns* | *s/ Michael J. Kapaun* |
| Douglas A. Johns, WSBA #29424 | Michael J. Kapaun, WSBA #36864 |
| SMITH & JOHNS PLLC | Steven J. Dixson, WSBA # 38101 |
| 12207 NE 8th Street | WITHERSPOON · KELLEY |
| Bellevue, WA 98005 | 422 West Riverside Avenue, Suite 1100 |
| Telephone: (425) 452-9797 | Spokane, WA 99201-0300 |
| doug@smithandjohns.com | Telephone: (509) 624-5265 |
| *Attorneys for Plaintiffs Robin D. Hartley and Tracy Hartley* | Facsimile: (509) 458-2728 |
| | mjk@witherspoonkelley.com |
| | sjd@witherspoonkelley.com |
| | *Attorneys for Defendant Bank of America, N.A.* |

## ORDER

Plaintiffs Robin D. Hartley and Tracy Hartley and Defendant Bank of America, N.A., by and through their respective attorneys of record, having stipulated for dismissal of all claims against Defendant Bank of America, N.A. in the above-captioned matter with prejudice and without fees or costs to either party, and the Court being fully advised; NOW, THEREFORE,

IT IS ORDERED that the above-captioned matter as against Defendant Bank of America, N.A. is hereby dismissed with prejudice and without fees or costs to either party.

Dated this 28th day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2
Case No. 2:16-cv-01640-RSL

