The Hon. Judge Robert S. Lasnik

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ROBIN D. HARTLEY and TRACY HARTLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| BANK OF AMERICA; N.A., CWMBS, INC; CHL MORTGAGE PASS-THROUGH TRUST 2006-8; RESIDENTIAL CREDIT SOLUTIONS, INC.; DITECH FINANCIAL LLC; FIRST MAGNUS FINANCIAL CORPORATION; NORTHWEST TRUSTEE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CORPORATE JOHN DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Case No:  16-01640-RSL

~~PROPOSED~~ ORDER GRANTING
STIPULATED JOINT MOTION FOR
CONTINUANCE OF TRIAL AND
RELATED DEADLINES

**Noting Date: September 20, 2017**

This matter, having come before the Court upon the stipulated Motion for Continuance of

Plaintiffs Robin and Tracy Hartley, and Defendants Residential Credit Solutions, Inc. (RCS), and

Northwest Trustee Services, Inc. (NWTS)[1], and the Court having considered the same, it is

hereby ORDERED, ADJUDGED, and DECREED that:

//

//

---

[1] There also being no objection by Defendants Ditech Financial LLC, Mortgage Electronic Registration Systems, Inc., and CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-8.

~~PROPOSED~~ ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE – PAGE 1 OF 2
CASE NO. 2:16-cv-01640-RSL

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

The stipulated Motion to Continue is GRANTED; the Court Clerk shall reset the trial date for this case to an available week on the Court's calendar in July 2018, and issue an amended case schedule with new pre-trial deadlines, including the completion of discovery by late February 2018.

DATED this 21st day of September, 2017.

THE HON. JUDGE ROBERT S. LASNIK

Presented by:

**RCO LEGAL, P.S.**

/s/ Joshua Schaer
Joshua Schaer, WSBA No. 31491
Attorneys for Defendants Residential
Credit Solutions, Inc. and Northwest
Trustee Services, Inc.

**SMITH & JOHNS PLLC**

/s/ Douglas A. Johns
per e-mail authorization Sept. 18, 2017
Douglas A. Johns, WSBA No. 29424
Christopher M. Edwards, WSBA No. 51389
Attorneys for Plaintiffs

**ALDRIDGE PITE, LLP**

/s/ Peter J. Salmon
per e-mail authorization Sept. 18, 2017
Peter J. Salmon, WSBA No. 31382
Attorneys for Defendants Ditech Financial LLC,
Mortgage Electronic Registration Systems, Inc.,
and CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-8

PROPOSED ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE – PAGE 2 OF 2
CASE NO. 2:16-cv-01640-RSL

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131