The Hon. Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBIN D. HARTLEY and TRACY HARTLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA; N.A., CWMBS, INC; CHL MORTGAGE PASS-THROUGH TRUST 2006-8; RESIDENTIAL CREDIT SOLUTIONS, INC.; DITECH FINANCIAL LLC; FIRST MAGNUS FINANCIAL CORPORATION; NORTHWEST TRUSTEE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CORPORATE JOHN DOES 1-10,<br><br>    Defendants. | Case No: 16-01640-RSL<br><br>~~PROPOSED~~ **ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS RESIDENTIAL CREDIT SOLUTIONS, INC. AND NORTHWEST TRUSTEE SERVICES, INC.**<br><br>**Noting Date: November 9, 2017** |

Based upon the Stipulated Motion for Dismissal With Prejudice by and between Plaintiffs and Defendants Residential Credit Solutions, Inc. ("RCS") and Northwest Trustee Services Inc. ("NWTS"), and the Court having reviewed the files and records herein, it is now:

ORDERED that the above-entitled action is dismissed, as to Defendants RCS and NWTS only, with prejudice and without an award of fees or costs with respect to the parties having stipulated thereto.

//

ORDER GRANTING STIPULATION FOR DISMISSAL
WITH PREJUDICE OF DEFENDANTS RESIDENTIAL
CREDIT SOLUTIONS, INC. AND NORTHWEST
TRUSTEE SERVICES, INC.
PAGE 1 OF 2 – CASE NO. 16-01640-RSL

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

DATED this 14th day of Nov., 2017.

*signature*
THE HON. JUDGE ROBERT S. LASNIK

Presented by:

**SMITH & JOHNS PLLC**

/s/ *Douglas A. Johns, per e-mail authorization*
Douglas A. Johns, WSBA #29424
Christopher Edwards, WSBA #51389
Attorneys for Plaintiff

**RCO LEGAL, P.S.**

/s/ *Joshua Schaer*
Joshua Schaer, WSBA #31491
Attorneys for Defendants Residential Credit Solutions, Inc.
and Northwest Trustee Services, Inc.

ORDER GRANTING STIPULATION FOR DISMISSAL
WITH PREJUDICE OF DEFENDANTS RESIDENTIAL
CREDIT SOLUTIONS, INC. AND NORTHWEST
TRUSTEE SERVICES, INC.
PAGE 2 OF 2 – CASE NO. 16-01640-RSL

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131