UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| ROBIN D. HARTLEY and TRACY HARTLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-8; RESIDENTIAL CREDIT SOLUTIONS, INC; DITECH FINANCIAL LLC; FIRST MAGNUS FINANCIAL CORPORATION; NORTHWEST TRUSTEE SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CORPORATE JOHN DOES 1-10,<br><br>Defendants.<br><br>And Related Crossclaim and Counterclaim. | Case No. 2:16-CV-01640-RSL<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATED JOINT MOTION FOR DISMISSAL OF COMPLAINT, COUNTERCLAIM, AND CROSSCLAIM<br><br>NOTE ON MOTION CALENDAR:<br>August 10, 2018 |

This matter, having come before the Court on the Stipulated Joint Motion for Dismissal by and between Plaintiffs and Counterclaim Defendants Robin and Tracy Hartley ("Plaintiffs"), Defendant DITECH FINANCIAL, LLC ("Ditech"), Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), and Defendant and Counterclaimant The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-8, Mortgage Pass-Through Certificates, Series

~~PROPOSED~~ ORDER FOR DISMISSAL
Page 1

Aldridge Pite, LLP
4375 Jutland Drive, Suite #200
San Diego, CA 92117
(858) 750-7600

2006-8, erroneously sued as CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-8 (CWMBS), and the Court having considered the same;

IT IS hereby ORDERED, ADJUDGED, and DECREED that:

The Stipulated Motion to Dismiss is GRANTED; the Complaint, Counterclaim, and Crossclaim are dismissed, with prejudice, for all claims made or that could have been made in the Complaint, Counterclaim, and Crossclaim before the dismissal date.

DATED this 17th of Aug., 2018.

*/s/ M. S. Lasnik*
THE HON. JUDGE ROBERT S. LASNIK

Presented by:

ALDRIDGE PITE, LLP

Dated: August 14, 2018        By: /s/ Peter J. Salmon
                              PETER J. SALMON, WSBA No. 31382
                              Attorneys for Defendants and Counterparties,
                              DITECH FINANCIAL LLC, MORTGAGE
                              ELECTRONIC REGISTRATION SYSTEMS,
                              INC., AND THE BANK OF NEW YORK
                              MELLON FKA THE BANK OF NEW YORK, AS
                              TRUSTEE FOR THE CERTIFICATEHOLDERS
                              OF CWMBS, INC., CHL MORTGAGE PASS-
                              THROUGH TRUST 2006-8, MORTGAGE PASS-
                              THROUGH CERTIFICATES, SERIES 2006-8


SMITH & JOHNS PLLC

Dated: August 14, 2018        By: /s/ Douglas A. Johns.
                              DOUGLAS A. JOHNS, WSBA No. 29424
                              Attorneys for Plaintiffs

PROPOSED ORDER FOR DISMISSAL
Page 2

Aldridge Pite, LLP
4375 Jutland Drive, Suite #200
San Diego, CA 92117
(858) 750-7600